# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 1:19-CR-542-RDP-HNJ |
| **CARLOS LAUNDRELL BROOKS,** | } |
| **Defendant.** | } |

## ORDER

On November 2, 2023, the Magistrate Judge's Report and Recommendation (Doc. #146) was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge and **ACCEPTS** his recommendation that Defendant Carlos Laundrell Brooks did not fully understand the nature of his *Miranda* rights or the consequences of the decision to abandon those rights in his July 10, 2019 interrogation. It is therefore **ORDERED** that Defendant Brooks's Motion to Suppress (Doc. # 129) his statements made during the July 10, 2019 interrogation is **GRANTED**.

**DONE** and **ORDERED** this December 19, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE